UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOSE ANTONIO PEREZ #404232,

     Plaintiff,

                             No. 1:19-cv-00666

v

                             HON. JANET T. NEFF

MICHIGAN STATE POLICE,
TROOPER DAVID CARDENAS,            MAG. SALLY J. BARENS
TROOPER JAMES YATES, and
TROOPER CASEY OMILJAN,

     Defendants.

| | |
|---|---|
| Jose Antonio Perez #404232 | Andrew J. Jurgensen (P81123) |
| *In pro per* | Assistant Attorney General |
| Parnell Correctional Facility | Attorney for Defendants |
| 1780 East Parnell Road | State Operations Division |
| Jackson, MI  49201 | P.O. Box 30754 |
| | Lansing, MI  48909 |
| | 517.335.7573 |
| | jurgensena2@michigan.gov |

/

## CORRECTED STIPULATION TO ADJOURN TRIAL

     The parties hereby stipulate to adjourn the trial in this matter one week. The

trial is currently scheduled for February 16, 2021.  The parties agree to adjourn the

trial to a date to be set by the Court during the week of February 22-26, 2021. Trial

is not expected to last longer than two (2) days.

     The reason for this adjournment is the unavailability of one of the named

defendants on the current trial date.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Andrew J Jurgensen*
Andrew J. Jurgensen
Michigan Dep't of Attorney General
Assistant Attorney General
Attorney for Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
JurgensenA2@michigan.gov
P81123

Dated: January 5, 2021

Jose Antonio Perez #404232
*In pro per*
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811-9746

Dated: Jan 5th 2021

2

**CERTIFICATE OF SERVICE (E-FILE)**

I hereby certify that on January 5, 2021, I electronically filed the above

document(s) with the Clerk of the Court using the ECF System.  A hard copy of all

documents has been sent by first class mail to:

> Jose Antonio Perez #404232
> Parnell Correctional Facility
> 1780 East Parnell Road
> Jackson, MI  49201

> */s/ Andrew J Jurgensen*
> Andrew J. Jurgensen
> Michigan Dep't of Attorney General
> Assistant Attorney General
> Attorney for Defendants
> State Operations Division
> P.O. Box 30754
> Lansing, MI 48909
> (517) 335-7573
> JurgensenA2@michigan.gov
> P81123

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOSE ANTONIO PEREZ #404232,

       Plaintiff,

                                   No. 1:19-cv-00666

v

                                   HON. JANET T. NEFF

MICHIGAN STATE POLICE,
TROOPER DAVID CARDENAS,
TROOPER JAMES YATES, and
TROOPER CASEY OMILJAN,

                                   MAG. SALLY J. BARENS

       Defendants.

| | |
|---|---|
| Jose Antonio Perez #404232<br>*In pro per*<br>Parnell Correctional Facility<br>1780 East Parnell Road<br>Jackson, MI  49201 | Andrew J. Jurgensen (P81123)<br>Assistant Attorney General<br>Attorney for Defendants<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>jurgensena2@michigan.gov |

_____/

## ORDER TO ADJOURN TRIAL

    Upon stipulation of the parties to adjourn the trial in this matter one week,

the Court hereby **ORDERS** that the trial currently scheduled for February 16,

2021, be adjourned to: _____.

    **IT IS SO ORDERED.**

Dated: _____

                                       _____
                                       HALA Y. JARBOU
                                       UNITED STATES DISTRICT JUDGE