UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:19-cv-00666-HYJ | 1/15/2021 | 1:15 p.m. – 4:37 p.m. | Sally J. Berens |

### CASE CAPTION

Perez #404232 v. Michigan State Police Department et al

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Pro Se | Plaintiff Jose Perez #404232 |
| Andrew J. Jurgensen | Defendants Unknown Cardenas, James Yates, Casey Omiljan |

### PROCEEDINGS

**NATURE OF HEARING:** Settlement Conference held by video; settlement reached; order regarding dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Lenon