UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE PEREZ #404232,

    Plaintiff,                             Case No. 1:19–cv–666

v.                                      Hon. Hala Y. Jarbou

UNKNOWN CARDENAS, et al.,

    Defendants.
_____/

## ORDER

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court by February 12, 2021.

    IT IS SO ORDERED.

Dated:  January 15, 2021                           /s/ Sally J. Berens
                                                                         SALLY J. BERENS
                                                                         U.S. Magistrate Judge