**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov 

| 399 Federal Building | 107 Federal Building | 113 Federal Building | 314 Federal Building |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

February 2, 2021

Jose Perez #404232
Parnall (MSP)
Parnall Correctional Facility
1780 E Parnall
Jackson, MI 49201

      Re: Filing fee overpayment, 1:19-CV-00666

Dear Mr. Perez,

The Clerk's Office is in receipt of your letter dated January 28, 2021 requesting a refund in your case 1:19-CV-00666. There have been two refunds in this case; one via pay.gov for the payment received on your behalf in July 2020, and the second to the State of Michigan, which was disbursed on December 8, 2020. Your case is showing paid in full for $350.00.

Sincerely,

CLERK OF COURT

/s/ Claire

By: Financial Administrator