UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOSE ANTONIO PEREZ #404232,

    Plaintiff,

v

MICHIGAN STATE POLICE,
TROOPER DAVID CARDENAS,
TROOPER JAMES YATES, and
TROOPER CASEY OMILJAN,

    Defendants.

No. 1:19-cv-00666

HON. JANET T. NEFF

MAG. SALLY J. BARENS

| | |
|---|---|
| Jose Antonio Perez #404232<br>*In pro per*<br>Carson City Correctional Facility<br>10274 Boyer Road<br>Carson City, MI 48811-9746 | Andrew J. Jurgensen (P81123)<br>Assistant Attorney General<br>Attorney for Defendants<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>jurgensena2@michigan.gov |

_____/

## STIPULATION TO DISMISS

The parties, having reached an agreement to settle this case, (R. 37, Order, PageID.306), hereby agree to dismissal of this action, with prejudice, without costs to either party.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    */s/ Andrew J Jurgensen*
    Andrew J. Jurgensen
    Michigan Dep't of Attorney General

1

                                        Assistant Attorney General
                                        Attorney for Defendants
                                        State Operations Division
                                        P.O. Box 30754
                                        Lansing, MI 48909
                                        (517) 335-7573
                                        JurgensenA2@michigan.gov
                                        P81123

Dated: January 25, 2021

                                        _____
                                        Jose Antonio Pérez #404232
                                        In pro per
                                        Carson City Correctional Facility
                                        10274 Boyer Road
                                        Carson City, MI 48811-9746

Dated: _1-25-21_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOSE ANTONIO PEREZ #404232,

    Plaintiff,

v

MICHIGAN STATE POLICE,
TROOPER DAVID CARDENAS,
TROOPER JAMES YATES, and
TROOPER CASEY OMILJAN,

    Defendants.

No. 1:19-cv-00666

HON. JANET T. NEFF

MAG. SALLY J. BARENS

| Jose Antonio Perez #404232 | Andrew J. Jurgensen (P81123) |
|---|---|
| *In pro per* | Assistant Attorney General |
| Carson City Correctional Facility | Attorney for Defendants |
| 10274 Boyer Road | State Operations Division |
| Carson City, MI 48811-9746 | P.O. Box 30754 |
| | Lansing, MI  48909 |
| | 517.335.7573 |
| | jurgensena2@michigan.gov |

## ORDER TO DISMISS

Upon stipulation of the parties to dismiss this case, with prejudice and without costs to either party, the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice without costs as to either party.

    **IT IS SO ORDERED.**

Dated: _____    _____
                                                                                                     HALA Y. JARBOU
                                                                                                     UNITED STATES DISTRICT JUDGE