**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN** 
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Building | 107 Federal Building | 113 Federal Building | 314 Federal Building |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

February 19, 2021

Jose Perez #404232
Parnall (MSP)
Parnall Correctional Facility
1780 E Parnall
Jackson, MI 49201

    Re: Filing fee overpayment, 1:19-CV-00666

Dear Mr. Perez,

The Clerk's Office is in receipt of your letter dated February 18, 2021 regarding your filing fee refunds. As mentioned in my last letter, the first refund was credited back to the card that paid for it using the pay.gov website on your behalf. Therefore, the refund would not go to your account. The only refund sent back to the State of Michigan for you was disbursed on December 8, 2020 and shows on your enclosed statement on December 22, 2020.

Sincerely,

CLERK OF COURT

/s/ Claire

By: Financial Administrator